1 PHILLIP A. TALBERT
Acting United States Attorney
2 JEFFREY A. SPIVAK
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000

5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-po-00147-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| ARACELI CEBALLOS, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: August 6, 2021   Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **August 9, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

2